JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. KEO, an individual, | Case No. 8:23-cv-01528-JWH-KESx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FLOWER CENTER ASSOCIATES, LLC, a limited liability company, | |
| Defendant. | |

Pursuant to the "Order Regarding Plaintiff's Motion for Default Judgment [ECF No. 15]" filed substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 and 1343.

2. The operative pleading is the Complaint [ECF No. 1] filed by Plaintiff Michael C. Keo.

3. Keo shall have **JUDGMENT** in his **FAVOR** in the amount of **$6,757** (which sum consists of $4,000 in statutory damages, $2,280 in attorney's fees, and $477 in costs) and **AGAINST** Defendant Flower Center Associates, LLC.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure,) to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 21, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE